1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES D. BUSBY,

11              Plaintiff,                    No. CIV S-07-1688 GEB GGH P

12        vs.

13   SACRAMENTO COUNTY
     SHERIFF'S DEPARTMENT, et al.,
14

15              Defendants.                   ORDER

16   _____/

17              Plaintiff, a Rio Consumnes Correctional Center inmate proceeding pro se, has

18   filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to

19   proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the

20   request which must be completed by plaintiff's institution of incarceration has not been filled

21   out.  Also, plaintiff has not filed a certified copy of his prison trust account statement for the six

22   month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).

23   Plaintiff will be provided the opportunity to submit a completed in forma pauperis application

24   and a certified copy in support of his application.

25   /////

26   /////

                                        1

1     In accordance with the above, IT IS HEREBY ORDERED that:

2     1.  Plaintiff shall submit, within thirty days from the date of this order, a

3  completed affidavit in support of his request to proceed in forma pauperis on the form provided

4  by the Clerk of Court;

5     2.  The Clerk of the Court is directed to send plaintiff a new Application to

6  Proceed In Forma Pauperis By a Prisoner; and

7     3.  Plaintiff shall submit, within thirty days from the date of this order, a certified

8  copy of his prison trust account statement for the six month period immediately preceding the

9  filing of the complaint.  Plaintiff's failure to comply with this order will result in a

10  recommendation that this action be dismissed without prejudice.

11  DATED: 9/21/07

/s/ Gregory G. Hollows

12

13  _____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

14  GGH:bb
busb1688.3c+

15

16

17

18

19

20

21

22

23

24

25

26