1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES D. BUSBY,

11              Plaintiff,                 No. CIV S-07-1688 GEB GGH P

12       vs.

13   SACRAMENTO COUNTY
     SHERIFF'S DEPARTMENT, et al.,
14
                Defendants.               FINDINGS & RECOMMENDATIONS
15
     _____/
16
              A recent court order was served on plaintiff's address of record and returned by
17
     the postal service.  It appears that plaintiff has failed to comply with Local Rule 83-182(f), which
18
     requires that a party appearing in propria persona inform the court of any address change.
19
              Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for
20
     plaintiff's failure to keep the court apprised of his current address.  See Local Rules 83-182(f) and
21
     11-110.
22
              These findings and recommendations are submitted to the United States District
23
     Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
24
     days after being served with these findings and recommendations, plaintiff may file written
25
     objections with the court.  The document should be captioned "Objections to Magistrate Judge's
26

                                            1

1   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

2   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

3   F.2d 1153 (9th Cir. 1991).

4   DATED: 10/25/07                                   /s/ Gregory G. Hollows

5                                                                       UNITED STATES MAGISTRATE JUDGE

6

7   bus1688.fr

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26