IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. BUSBY,

    Plaintiff,                                 No. CIV S-07-1688 GEB GGH P

    vs.

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT, et al.,

    Defendants.                            ORDER

                                            /

          On September 21, 2007, the court ordered plaintiff to submit a new application to proceed in forma pauperis. On October 1, 2007, this order was returned unserved because plaintiff was no longer in custody. Accordingly, on October 25, 2007, the court recommended that this action be dismissed for plaintiff's failure to keep the court apprised of his new address. On November 6, 2007, the findings and recommendations were returned unserved.

          On November 8, 2007, plaintiff filed a notice of change of address. Good cause appearing, the findings and recommendations are vacated. The court will direct the Clerk to re-serve plaintiff with the September 21, 2007, order.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The October 25, 2007, findings and recommendations are vacated;

2. The Clerk of the Court is directed to re-serve plaintiff with the September 21, 2007, order at his new address.

DATED: 11/26/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

bus1688.vac