IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES D. BUSBY,

    Plaintiff,                  No. CIV S-07-1688 GEB GGH P

    vs.

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT, et al.,

    Defendants.          <u>ORDER</u>
_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of January 10, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 30, 2008 request for an extension of time is granted in part; and

        2. Plaintiff is granted twenty days from the date of this order in which to file an amended complaint.

DATED: 02/13/08

                                /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

GGH:bb
busb1688.36amd