# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

CHARLES DARRYL BUSBY,

    Plaintiff,

v.

SACRAMENTO COUNTY SHERIFF'S DEPARTMENT,

    Defendant.

Case No. 2:07-CV-01688-KJD-PAL

**ORDER**

    Plaintiff is a *pro se* state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's Second Amended Complaint filed September 2, 2008.

    The only named defendant is the Sacramento County Sheriff's Department. Plaintiff alleges that while he was incarcerated at the Sacramento County Jail, he was denied law library access. Furthermore, Plaintiff was represented by appointed counsel that he was dissatisfied with. In the Second Amended Complaint, Plaintiff also alleges that his "current appeal is based upon ineffective assistance of counsel."

    To establish a violation of the right of meaningful access to the courts, a plaintiff must show that he suffered an actual injury. See Lewis v. Casey, 518 U.S. 343, 348-49 (1996). As a criminal defendant, Plaintiff has the right to retain counsel or to have counsel appointed to represent him at no

cost if he is indigent. See Gideon v. Wainright, 372 U.S. 335, 342-45 (1963). Appointed counsel provides Plaintiff with meaningful avenues of access to the court. See Storseth v. Spellman, 654 F.2d 1349, 1353 (9th Cir. 1981).

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

Here the Court must dismiss the complaint without giving leave to amend, because Plaintiff has raised a frivolous claim. Despite giving Plaintiff two prior opportunities to amend his complaint, he has demonstrated that the only named defendant in any of the complaints, the Sacramento County Sheriff's Department, did not violate his right of meaningful access to the courts, because Plaintiff was continuously represented by counsel. Having already given Plaintiff two opportunities to amend his complaint, doing so a third time would be futile.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED with prejudice and without leave to amend.**

DATED this 24th day of April 2009.

Kent J. Dawson
United States District Judge